[No. 8,833. Department One.—February 12, 1884.]

## A. H. WEBB, APPELLANT, v. A. C. CLARK, RESPONDENT.

ADVERSE POSSESSION—PAYMENT OF TAXES.—The amendment of April, 1878, to section 325 of the Code of Civil Procedure, provides that adverse possession of land cannot be considered to be established unless it be shown that the adverse claimant, his predecessors and grantors, have paid all taxes levied and assessed upon such land. Under this provision a party relying upon adverse possession must prove payment of all taxes levied and assessed upon the land subsequent to the passage of the amendment.

APPEAL from a judgment of the Superior Court of the county of Tehama, and from an order denying a new trial.

The facts are stated in the opinion of the court.

*Braynard & Ashurst,* for Appellants.

*Jerome Banks,* for Respondent.

The COURT.—Ejectment, wherein plaintiff established in himself a right of entry to the land in dispute at the commencement of the action, and defendant attempted to bar the right by proof of five years' adverse possession from the time of his entry on the land in 1876. But, as a witness on his own behalf, he testified that he had not, at any time during his occupancy of the land, paid the taxes which had been levied and assessed upon

it, as required by section 325, of the Code of Civil Procedure, to establish adverse possession. Yet there was a verdict in his favor, which the court below, on motion for a new trial, refused to set aside. This was error. (*C. P. R. R. Co.* v. *Shackelford,* 63 Cal. 261.)

Judgment and order reversed and cause remanded.